EDWARD S. F. RANDOLPH v. CITY OF RAHWAY ET AL.

Argued December 19, 1929—Decided December 19, 1929.

Before Justices TRENCHARD, PARKER and CASE.

For the motion, *Conover English* and *Francis V. Dobbins*.

*Contra, J. Edward Ashmead.*

PER CURIAM.

Upon the hearing on this motion we have not been satisfied that the *allocatur* should be vacated, and therefore the motion is denied, without costs.